# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON SCOTT,<br>         **Plaintiff,**<br><br>v.<br><br>NANCY A. BERRYHILL,<br>**Acting Commissioner of Social Security Administration,**<br>         **Defendant.** | CIVIL ACTION<br><br><br><br>NO. 16-3736 |

## O R D E R

**AND NOW**, this 4th day of April, 2018, upon consideration of Plaintiff's Request for Review (Document No. 10, filed January 6, 2017), the record in this case, the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, dated March 15, 2018, no objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, dated March 15, 2018, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED** to the extent plaintiff seeks a remand to the Acting Commissioner of Social Security and **DENIED** in all other respects; and,

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, dated March 15, 2018.

         **BY THE COURT:**

         **/s/ Hon. Jan E. DuBois**

         **DuBOIS, JAN E., J.**